LAW OFFICES
# CHRISTOPHER MADIOU

| | |
|---|---|
| WOOLWORTH BUILDING | P  (917) 408 - 6484 |
| 233 BROADWAY – SUITE 2208 | F  (212) 571 - 9149 |
| NEW YORK, NY 10279 | CHRIS@MADIOULAW.COM |

WWW.MADIOULAW.COM

February 3, 2020

The Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007
*By ECF*

   Re: *United States v. Willie Rosario*, 13 Cr. 0017 (DAB)

Dear Judge Castel,

  I represent Willie Rosario in the above-mentioned case. I write with consent from the government to request a brief, one-day adjournment of our upcoming status conference currently scheduled for February 26, 2020 at 2:00 PM. I respectfully request that the Court adjourn the conference until February 27, 2020 at 12:30 PM, which I understand to be a convenient date and time for the Court. This request is made in order to accommodate my personal travel schedule.

  Thank you in advance for your consideration.

            Sincerely,

            Christopher Madiou
            *Counsel for Willie Rosario*

Cc: AUSA Thomas John Wright by ECF and email


Conference adjourned from February 26, 2020 to
February 27, 2020 at 12:30 p.m.
SO ORDERED.
Dated:  2/3/2020

_____
P. Kevin Castel
United States District Judge